```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ROBINSON LIRIANO,                                                    :
                                                                     :
                              Plaintiff,                             :
                                                                     :
                -v-                                                  :    21-CV-2252 (JMF) (GWG)
                                                                     :
IRVING LANGER et al.,                                                :    ORDER OF DISMISSAL
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

    Having been advised at ECF No. 18 that the parties will seek to add Plaintiff as a class member in another case pending in this District, *Contrera et al. v. Langer et al.*, No. 16-CV-3851 (LTS) (GWG), the Court sees no reason to keep this case open. Accordingly, it is ORDERED that the case be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within two weeks** of the final fairness hearing in *Contrera*.

    To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(B) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: June 9, 2021
       New York, New York

                                                              JESSE M. FURMAN
                                                              United States District Judge